# ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Nathanael M. Cousins<br>U.S. Magistrate Judge | **RE:** | GALLEGOS, Mark |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 5:17-CR-124-EJD-1 |
| **Date:** | 5/31/22 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Brad Wilson                                                                 (415) 837-3962

United States Pretrial Services Officer                    **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

**The defendant shall not consume alcohol;**
**The defendant shall be subject to alcohol testing;**
**The defendant shall participate in self-help groups related to alcohol treatment.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____                         May 31, 2022
**JUDICIAL OFFICER**                                          **DATE**